**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-0216-01/02-CR-W-DW |
| ) | |
| JAMES E. ALDRIDGE, JR., and, ) | |
| SHIRLEY L. ALDRIDGE, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Before the Court is Magistrate Judge Sarah W. Hays Report and Recommendations (Doc. 57) finding Defendants' Motion to Suppress (Doc. 30) moot. Defendants have not filed objections to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court ADOPTS the Magistrate's proposed findings of fact and conclusions of law. Accordingly, the Court orders that the Magistrate's Report and Recommendation be attached to and made a part of this Order and DENIES Defendants' Motion to Suppress (Doc. 30) as moot.

Date:   April 23, 2007                                  /s/ Dean Whipple
                                                        DEAN WHIPPLE
                                                        UNITED STATES DISTRICT JUDGE