# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-0216-01/02-CR-W-DW |
| | ) | |
| JAMES E. ALDRIDGE, JR., and, | ) | |
| SHIRLEY L. ALDRIDGE, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Magistrate Judge Sarah W. Hays Report and Recommendations (Doc. 58) denying Defendants' Motion to Dismiss Indictment (Doc. 29). Defendants have not filed any objections to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court ADOPTS the Magistrate's proposed findings of fact and conclusions of law. Accordingly, the Court orders that the Magistrate's Report and Recommendation be attached to and made a part of this Order and DENIES Defendants' Motion to Dismiss Indictment (Doc. 29).

Date:   April 23, 2007                           /s/ Dean Whipple
                                          DEAN WHIPPLE
                                          UNITED STATES DISTRICT JUDGE